# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONNE RANDOLPH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN MATEVOUSIAN,<br><br>　　　　Respondent. | Case No. 1:17-cv-00397-LJO-SKO HC<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF THE PETITION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 7) |

　　　　Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Court referred the matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

　　　　On April 25, 2017, the undersigned filed findings and recommendation in which she recommended that the Court dismiss the petition for failure to state a claim cognizable in federal habeas corpus proceedings.  On May 26, 2017, Petitioner filed objections in which he emphasized that he intended to resolve the alleged discriminatory testing of coffee filters as a means to his ultimate objective of the reinstatement of good time credits lost as a result of the disciplinary action.  A review of the petition confirms that Petitioner's objections are correct.

　　　　Accordingly, the undersigned hereby WITHDRAWS the findings and recommendations filed on April 25, 2017.

IT IS SO ORDERED.

Dated:　**June 5, 2017**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1