# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONNE RANDOLPH,<br><br>        Petitioner,<br><br>v.<br><br>WARDEN MATEVOUSIAN,<br><br>        Respondent. | CASE NO. 1:17-cv-00397-LJO-SKO HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*<br><br>(Doc. 19) |

On August 15, 2017, Respondent filed a response to the petition for writ of habeas corpus in the above-captioned case and moved for a one-day enlargement of time. By declaration, Respondent's counsel stated that due to the press of business, counsel required additional time to prepare a response.

Good cause having been shown, the Court hereby ORDERS that the time for Respondent to answer the petition in the above-captioned case shall be extended *nunc pro tunc* for 1 day to August 15, 2017.

IT IS SO ORDERED.

Dated: **August 16, 2017**          /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE