UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONNE RANDOLPH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN MATEVOUSIAN,<br><br>　　　　　Respondent. | No. 1:17-cv-00397-LJO-SKO HC<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME**<br><br>**ORDER DIRECTING CLERK OF COURT TO UPDATE ADDRESS**<br><br>**(Doc. 24)** |

On May 24, 2018, Petitioner, Devonne Randolph, filed an *ex parte* motion for a 30-day extension of time to file objections to the Court's Findings and Recommendations. By declaration, Petitioner states that he did not receive the Findings and Recommendations until May 18, 2018, because his address is listed incorrectly on the docket.

Good cause having been shown, the Court hereby ORDERS that the time for Petitioner to file objections to the Findings and Recommendations in the above-captioned case shall be extended for 30 days to June 25, 2018.

IT IS SO ORDERED.

1

| | | |
|---|---|---|
| 1 | Dated: **May 25, 2018** | /s/ *Sheila K. Oberto* |
| 2 | | UNITED STATES MAGISTRATE JUDGE |

The Court hereby ORDERS the Clerk of Court to update Petitioner's address, as follows:

Devonne Randolph
Reg. # 38687-007
USP Lee
P.O. Box 305
Jonesville, VA 24263